Samuel Gysin, Appellant, v. Anna Gysin, Respondent.— Motion to allow appeal to the Court of Appeals granted. The court hereby certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, and hereby certifies the following question: Upon the facts presented to the Special Term did it have power and authority to grant its order of November

12, 1932? Present — Hill, P. J., Rhodes, Crapser and Bliss, JJ.; Heffernan, J., not sitting.